**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| JANE DOE (A.M.G.), AN INDIVIDUAL<br><br>    Plaintiff,<br><br>    v.<br><br>WYNDHAM HOTELS & RESORTS, INC., WYNDHAM HOTEL GROUP, LLC, SUPER 8 WORLDWIDE, INC., CHOICE HOTELS INTERNATIONAL SERVICES CORP., CHOICE HOTELS INTERNATIONAL, INC., AND TILMA, INCORPORATED,<br><br>    Defendants. | Case No. 2:24-CV-00204-JKW-DEM |

**CHOICE HOTELS INTERNATIONAL SERVICES CORP. AND**
**CHOICE HOTELS INTERNATIONAL, INC.'S**
**ANSWER TO COMPLAINT**

Defendants Choice Hotels International Services Corp.[1] and Choice Hotels International, Inc. (collectively "Defendants" or "Choice") answer Plaintiff's Original Complaint (ECF No. 1), as follows:

**DEFENDANTS' PRELIMINARY STATEMENT**

Except to the extent expressly admitted herein, Defendants deny each and every allegation of Plaintiff's Complaint, including any allegations contained in footnotes or its headings, which are copied herein solely for ease of reference. With respect to any purported document cited to or quoted from in the Complaint, by providing their answer here, Defendants do not admit that the document is accurate, relevant, or admissible in this action, and Defendants reserve all objections

---

[1] Choice maintains that Choice Hotels International Services Corp. is an improperly named entity to this litigation and has no relationship to Plaintiff's allegations.

1

regarding admissibility. With respect to the specific paragraphs of the Complaint, Defendants respond as follows.

## SUMMARY

1.     The allegations in this Paragraph are not solely directed to Defendants and the Paragraph constitutes argument, therefore no response is required. To the extent an answer is required, Defendants deny these allegations. Defendants specifically deny that they or their "agents and employees" ever "owned, maintained, or controlled" the hotel at issue in this case.

2.     The allegations in this Paragraph and the accompanying footnote constitute legal argument to which no response is required. To the extent an answer is required, Defendants deny these allegations. Additionally, the allegations in this Paragraph and the accompanying footnote reference statutes and the language of those statutes speaks for itself.

3.     The allegations in this Paragraph and the accompanying footnote constitute legal argument to which no response is required. To the extent an answer is required, Defendants deny these allegations. Additionally, the allegations in this Paragraph and the accompanying footnote reference statutes and the language of those statutes speaks for itself.

4.     The allegations in this Paragraph are not solely directed to Defendants and the Paragraph constitutes argument, therefore no response is required. To the extent an answer is required, Defendants deny these allegations. Additionally, the allegations in this Paragraph and the accompanying footnote reference alleged statements by non-parties and those statements speak for themselves.

5.     The allegations in this Paragraph constitute legal argument to which no response is required. To the extent an answer is required, Defendants deny these allegations. The referenced statute speaks for itself.

6.      The allegations in this Paragraph constitute legal argument to which no response is required. To the extent an answer is required, Defendants deny these allegations.

7.      The allegations in this Paragraph constitute legal argument to which no response is required. To the extent an answer is required, Defendants deny these allegations. Defendants specifically deny that they owned or "provided" the hotel at issue in this case.

8.      The allegations in this Paragraph constitute legal argument to which no response is required. To the extent an answer is required, Defendants deny these allegations. Defendants specifically deny that they "supported traffickers" or that they ever owned or operated the hotel at issue in this case. Defendants also specifically deny that they ever "knowingly receiving a benefit from participation in a venture that Defendants knew or should have known was engaged in sex trafficking."

## PARTIES

9.      The allegations in this Paragraph do not appear to be directed to Defendants and, as such, no response is required. To the extent the allegations in this Paragraph are directed at Defendants and a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

10.      The allegations in this Paragraph do not appear to be directed to Defendants and constitute legal argument to which no response is required. To the extent the allegations in this Paragraph are directed at Defendants and a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

11.    The allegations in this Paragraph do not appear to be directed to Defendants, constitute legal argument, and purport to seek Court relief in an initial pleading, which is procedurally improper. Accordingly, no response is required. To the extent a response is nevertheless required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

12.    The allegations in this Paragraph do not appear to be directed to Defendants as defined herein, and constitute legal argument to which no response is required. To the extent the allegations in this Paragraph are directed at Defendants and a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

13.    The allegations in this Paragraph do not appear to be directed to Defendants as defined herein, and constitute legal argument to which no response is required. To the extent the allegations in this Paragraph are directed at Defendants and a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

14.    The allegations in this Paragraph do not appear to be directed to Defendants as defined herein, and constitute legal argument to which no response is required. To the extent the allegations in this Paragraph are directed at Defendants and a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

15.    The allegations in this Paragraph are not directed to Defendants as defined herein, to which no response is required.

16.     The allegations in this Paragraph include legal argument to which no response is required. To the extent an answer is required, Defendants admit that Choice Hotels International Services Corp. is a Delaware Corporation with its principal place of business in Rockville, Maryland.

17.     The allegations in this Paragraph include legal argument to which no response is required. To the extent an answer is required, Defendants admit that Choice Hotels International, Inc. is a Delaware Corporation with its principal place of business in Rockville, Maryland.

18.     The allegations in this Paragraph do not call for a response from Defendants. Defendants reaffirm their responses to each of the enumerated Complaint Paragraphs and other defenses asserted herein.

19.     The allegations in this Paragraph constitute legal argument and address entities other than Defendants, to which no response is required. To the extent the allegations in this Paragraph are directed at Defendants and a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

20.     The allegations in this Paragraph constitute legal argument and address entities other than Defendants, to which no response is required. To the extent the allegations in this Paragraph are directed at Defendants and a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

21.     The allegations in this Paragraph constitute legal argument, to which no response is required. To the extent the allegations in this Paragraph are directed at Defendants, the

allegations are denied. Defendants specifically deny that they ever "owned, operated, controlled and/ or managed" the hotel at issue in this case.

22.    The allegations in this Paragraph partially address entities other than Defendants and constitute legal argument, to which no response is required. To the extent a response is required, Defendants state that it responds only on behalf of Choice Hotels International Services Corp. and Choice Hotels International, Inc.

23.    The allegations in this Paragraph constitute legal argument and address entities other than Defendants, to which no response is required. To the extent the allegations in this Paragraph are directed at Defendants and a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

## JURISDICTION AND VENUE

24.    The allegations in this Paragraph constitute legal argument to which no response is required. Additionally, the allegations in this Paragraph reference statutes and the language of those statutes speaks for itself.

25.    The allegations in this Paragraph constitute legal argument to which no response is required. Additionally, the allegations in this Paragraph reference statutes and the language of those statutes speaks for itself. To the extent that a response is required, Defendants deny these allegations.

26.    The allegations in this Paragraph constitute legal argument to which no response is required. To the extent a response is required, Defendants deny these allegations.

## FACTS

27.     The allegations in this Paragraph contain legal argument and are not directed to Defendants, therefore no response is required. To the extent a response is nevertheless required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

28.     The allegations in this Paragraph contain legal argument and are not directed to Defendants, therefore no response is required. To the extent a response is nevertheless required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

29.     The allegations in this Paragraph contain legal argument and are not directed to Defendants, therefore no response is required. To the extent a response is nevertheless required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

30.     The allegations in this Paragraph contain legal argument and are not directed to Defendants, therefore no response is required. To the extent a response is nevertheless required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

31.     The allegations in this Paragraph are not directed to Defendants, therefore no response is required. To the extent a response is nevertheless required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

32.     The allegations in this Paragraph are not directed to Defendants, therefore no response is required. To the extent a response is nevertheless required, Defendants lack knowledge

or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

33. The allegations in this Paragraph are not directed to Defendants, therefore no response is required. To the extent a response is nevertheless required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

34. The allegations in this Paragraph are not directed to Defendants, therefore no response is required. To the extent a response is nevertheless required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

35. The allegations in this Paragraph constitute legal argument and are partially directed to entities or individuals other than Defendants, and therefore no response is required. To the extent the allegations are directed to Defendants as defined herein and a response is required, the allegations are denied. Defendants specifically deny that they ever owned the hotel at issue in this case.

36. The allegations in this Paragraph constitute legal argument and are partially directed to entities or individuals other than Defendants, and therefore no response is required. To the extent a response is required and the allegations refer to Defendants' purported conduct, the allegations are denied. As to all other allegations, Defendants lack sufficient information to admit or deny, and deny them on that basis.

37. The allegations in this Paragraph constitute legal argument and are partially directed to entities or individuals other than Defendants, and therefore no response is required. To the extent a response is required and the allegations refer to Defendants' purported conduct, the

8

allegations are denied. As to all other allegations, Defendants lack sufficient information to admit or deny, and deny them on that basis. Defendants specifically deny that there were ever "provided" "notice" of Plaintiff's allegations.

38.    The allegations in this Paragraph constitute legal argument and are directed to entities or individuals other than Defendants, and therefore no response is required. To the extent a response is required Defendants lack sufficient information to admit or deny, and deny them on that basis.

39.    The allegations in this Paragraph constitute legal argument and are partially directed to entities or individuals other than Defendants, and therefore no response is required. To the extent a response is required and the allegations refer to Defendants' purported conduct, the allegations are denied. As to all other allegations, Defendants lack sufficient information to admit or deny, and deny them on that basis. Defendants specifically deny that they ever owned the hotel at issue in this case.

40.    The allegations in this Paragraph are not directed to Defendants, and therefore no response is required. To the extent a response is required, Defendants lack sufficient information to admit or deny, and deny them on that basis. The websites cited in the accompanying footnotes speak for themselves.

41.    The allegations in this Paragraph are not directed solely to Defendants, and therefore no response is required. To the extent a response is required, Defendants lack sufficient information to admit or deny, and deny them on that basis.

42.    The allegations in this Paragraph are not directed to Defendants, and therefore no response is required. To the extent a response is required, Defendants lack sufficient information

to admit or deny, and deny them on that basis. The websites cited in the accompanying footnotes speak for themselves.

43.    The allegations in this Paragraph constitute argument, therefore no response is required. Additionally, the allegations in this Paragraph (and all of its subparts) are not solely directed to Defendants, therefore no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied. The website cited in the accompanying footnote speaks for itself.

44.    The allegations in this Paragraph constitute argument, therefore no response is required. Additionally, the allegations in this Paragraph are not solely directed to Defendants, therefore no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

45.    The allegations in this Paragraph constitute argument, therefore no response is required. Additionally, the allegations in this Paragraph are not solely directed to Defendants, therefore no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied. The statute cited in the Paragraph speaks for itself.

46.    The allegations in this Paragraph constitute argument, therefore no response is required. Additionally, the allegations in this Paragraph are not solely directed to Defendants, therefore no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied. The material cited in the Paragraph speaks for itself.

47.    The allegations in this Paragraph constitute argument, therefore no response is required and are not solely directed to Defendants, therefore no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied. The material cited in the Paragraph speaks for itself. Defendants specifically deny that they ever owned he hotel at issue in this case.

48.    The allegations in this Paragraph constitute argument, therefore no response is required and are not solely directed to Defendants, therefore no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied. The material cited in the Paragraph speaks for itself. Defendants specifically deny that they ever operated, controlled, or managed the hotel at issue in this case.

49.    The allegations in this Paragraph constitute argument, therefore no response is required and are not solely directed to Defendants, therefore no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied. Defendants specifically deny that they ever knowingly benefitted as a result of Plaintiff's allegations.

50.    The allegations in this Paragraph constitute argument, therefore no response is required and are not solely directed to Defendants, therefore no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. The citations referenced speak for themselves. Accordingly, the allegations in this Paragraph are denied.

51.     The allegations in this Paragraph constitute argument, therefore no response is required and are not solely directed to Defendants, therefore no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied. The material cited in the Paragraph speaks for itself.

52.     The allegations in this Paragraph constitute argument, therefore no response is required and are not solely directed to Defendants, therefore no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied. Defendants specifically deny that they ever owned the hotel at issue in this case.

53.     The allegations in this Paragraph constitute argument, therefore no response is required and are not solely directed to Defendants, therefore no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied. The material cited in the Paragraph speaks for itself.

54.     The allegations in this Paragraph constitute argument, therefore no response is required and are not solely directed to Defendants, therefore no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied. Any "public statements" and other referenced materials speak for themselves.

55.     The allegations in this Paragraph constitute argument, therefore no response is required and are not solely directed to Defendants, therefore no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about

the truth of the allegations. Accordingly, the allegations in this Paragraph are denied. Any "public statements" speak for themselves.

56.     The allegations in this Paragraph constitute argument, therefore no response is required and are not solely directed to Defendants, therefore no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied. Defendants specifically deny that they ever knowingly benefitted as a result of Plaintiff's allegations.

57.     The allegations in this Paragraph constitute argument, therefore no response is required and are not solely directed to Defendants, therefore no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied. Defendants specifically deny that they ever owned the hotel at issue in this case.

58.     The allegations in this Paragraph constitute argument and are not directed to Defendants. Therefore, no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

59.     The allegations in this Paragraph constitute argument and are not directed to Defendants. Therefore, no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied. The materials referenced in these allegations speak for themselves.

60.     The allegations in this Paragraph constitute argument and are not directed to Defendants. Therefore, no response is required. To the extent a response is required, Defendants

13

lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied. The materials referenced in these allegations speak for themselves.

61.     The allegations in this Paragraph constitute argument and are not directed to Defendants. Therefore, no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied. The materials referenced in these allegations speak for themselves.

62.     The allegations in this Paragraph constitute argument and are not directed to Defendants. Therefore, no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied. The materials referenced in these allegations speak for themselves.

63.     The allegations in this Paragraph constitute argument and are not directed to Defendants. Therefore, no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied. The materials referenced in these allegations speak for themselves.

64.     The allegations in this Paragraph constitute argument and are not directed to Defendants. Therefore, no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

65.     The allegations in this Paragraph constitute argument and are not directed to Defendants. Therefore, no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

66.     The allegations in this Paragraph (and its discrete subparts) constitute argument and are not directed to Defendants. Therefore, no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied. The materials referenced in these allegations speak for themselves.

67.     The allegations in this Paragraph constitute argument and are not directed to Defendants. Therefore, no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

68.     The allegations in this Paragraph constitute argument and are not directed to Defendants. Therefore, no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

69.     The allegations in this Paragraph constitute argument and are not solely directed to Defendants. Therefore, no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

70.     The allegations in this Paragraph constitute argument and are not directed to Defendants. Therefore, no response is required. To the extent a response is required, Defendants

lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

71.     The allegations in this Paragraph constitute argument and are not directed to Defendants. Therefore, no response is required. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations. Accordingly, the allegations in this Paragraph are denied.

72.     The allegations in this Paragraph constitute argument and "centralized approach" is neither defined nor is a particular intended meaning apparent from Plaintiff's allegations. Therefore, no response is required. To the extent a response is required, the allegations in this Paragraph are denied.

73.     The allegations in this Paragraph constitute argument, to which no response is required. To the extent a response is required, the allegations in this Paragraph are denied.

74.     The allegations in this Paragraph and its discrete subparts contain argument and concern numerous entities which are not parties to this action, to which no response is required. To the extent a response is required, the allegations in this Paragraph are denied. The materials referenced in these allegations, including those which are unverified, speak for themselves.

75.     The allegations in this Paragraph constitute argument, to which no response is required. To the extent a response is required, the allegations are denied. The materials referenced in these allegations speak for themselves.

76.     The allegations in this Paragraph constitute argument, to which no response is required. To the extent a response is required, the allegations are denied. Defendants did not own or operate the hotel at issue.

77.     The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, Defendants state that they do not own or operate the hotel at issue and that the allegations are denied. The materials cited, including those which are unverified, in this Paragraph speak for themselves.

78.     The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, Defendants state that they do not own or operate the hotel at issue and deny the allegations. The materials referenced in this Paragraph speak for themselves.

79.     The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, the allegations are denied and Defendants further state that they do not own or operate the hotel at issue. Any materials referenced in this Paragraph speak for themselves.

80.     The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, the allegations are denied and Defendants further state that they do not own or operate the hotel at issue. Any materials referenced in this Paragraph speak for themselves.

81.     The allegations in this Paragraph and its discrete subparts (a through e) constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations are directed towards Defendants and their purported conduct, the allegations are denied and Defendants further state that they do not own or operate the hotel at issue. Any materials referenced in this Paragraph speak for themselves.

            a.     The allegations in this Sub-paragraph constitute legal argument, to which no response is required. To the extent a response is required the allegations

are denied and Defendants state that they did not own or operate the hotel at issue.

b.  The allegations in this Sub-paragraph constitute legal argument, to which no response is required. To the extent a response is required the allegations are denied and Defendants state that they did not own or operate the hotel at issue.

c.  The allegations in this Sub-paragraph constitute legal argument, to which no response is required. To the extent a response is required the allegations are denied and Defendants state that they did not own or operate the hotel at issue.

d.  The allegations in this Sub-paragraph constitute legal argument, to which no response is required. To the extent a response is required the allegations are denied and Defendants state that they did not own or operate the hotel at issue.

e.  The allegations in this Sub-paragraph constitute legal argument, to which no response is required. To the extent a response is required the allegations are denied and Defendants state that they did not own or operate the hotel at issue.

82.  The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and is directed towards Defendants and their purported conduct, the allegations are denied and Defendants further state that they do not own or operate the hotel at issue.

18

83. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and is directed towards Defendants and their purported conduct, the allegations are denied and Defendants further state that they do not own or operate the hotel at issue.

84. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and is directed towards Defendants and their purported conduct, the allegations are denied and Defendants further state that they do not own or operate the hotel at issue.

85. The allegations in this Paragraph and its sub-divisions constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and is directed towards Defendants and their purported conduct, the allegations are denied and Defendants further state that they do not own or operate the hotel at issue. Any materials cited therein, and in the accompanying footnotes, speak for themselves.

86. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations reference Defendants' purported conduct, the allegations are denied and Defendants further state that they did not own or operate the hotel at issue. As to all other allegations, Defendants are without sufficient knowledge to admit or deny the allegations, and deny them on that basis.

87. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations reference Defendants' purported conduct, the allegations are denied and Defendants further state that they did not own or operate the hotel at issue. As to all other allegations,

19

Defendants are without sufficient knowledge to admit or deny the allegations, and deny them on that basis.

88.     The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, Defendants state that they did not own or operate the hotel at issue and are without sufficient knowledge to admit or deny the allegations. Accordingly, the allegations are denied on that basis.

89.     The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations reference Defendants' purported conduct, the allegations are denied and Defendants further state that they did not own or operate the hotel at issue. As to all other allegations, Defendants are without sufficient knowledge to admit or deny the allegations, and deny them on that basis.

90.     The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, Defendants state that they did not own or operate the hotel at issue and are without sufficient knowledge to admit or deny the allegations. Accordingly, the allegations are denied on that basis.

91.     The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, the allegations are denied. Defendants state that they did not own or operate the hotel at issue.

92.     The allegations in this Paragraph constitute legal argument and do not relate to Defendants as identified herein. Therefore, no response is required. To the extent a response is required, Defendants state that they did not own or operate the hotel at issue and are without

20

sufficient knowledge to admit or deny the allegations. Accordingly, the allegations are denied on that basis.

93.     The allegations in this Paragraph and its enumerated Sub-paragraphs constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, the allegations are denied. Defendants state that they did not own or operate the hotel at issue. Defendants further state that the allegations purport to characterize materials that speak for themselves, and Defendants reject Plaintiff's characterization of same. To this end, Defendants further demand strict proof of Plaintiff's assertions.

  a. The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants as defined herein. Therefore, no response is required. To the extent a response is required, the allegations are denied. Defendants state that they did not own or operate the hotel at issue. Defendants further state that the allegations purport to characterize materials that speak for themselves, and Defendants reject Plaintiff's characterization of same. To this end, Defendants further demand strict proof of Plaintiff's assertions.

  b. The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants as defined herein. Therefore, no response is required. To the extent a response is required, the allegations are denied. Defendants state that they did not own or operate the hotel at issue. Defendants further state that the allegations purport to characterize materials that speak for themselves, and Defendants reject Plaintiff's

21

characterization of same. To this end, Defendants further demand strict proof of Plaintiff's assertions.

c.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants as defined herein. Therefore, no response is required. To the extent a response is required, the allegations are denied. Defendants state that they did not own or operate the hotel at issue. Defendants further state that the allegations purport to characterize materials that speak for themselves, and Defendants reject Plaintiff's characterization of same. To this end, Defendants further demand strict proof of Plaintiff's assertions.

d.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants as defined herein. Therefore, no response is required. To the extent a response is required, the allegations are denied. Defendants state that they did not own or operate the hotel at issue. Defendants further state that the allegations purport to characterize materials that speak for themselves, and Defendants reject Plaintiff's characterization of same. To this end, Defendants further demand strict proof of Plaintiff's assertions.

e.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants as defined herein. Therefore, no response is required. To the extent a response is required, the allegations are denied. Defendants state that they did not own or operate the hotel at issue. Defendants further state that the allegations purport to characterize

22

materials that speak for themselves, and Defendants reject Plaintiff's characterization of same. To this end, Defendants further demand strict proof of Plaintiff's assertions.

f.   The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants as defined herein. Therefore, no response is required. To the extent a response is required, the allegations are denied. Defendants state that they did not own or operate the hotel at issue. Defendants further state that the allegations purport to characterize materials that speak for themselves, and Defendants reject Plaintiff's characterization of same. To this end, Defendants further demand strict proof of Plaintiff's assertions.

94.   The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, the allegations are denied. Defendants state that they did not own or operate the hotel at issue. Defendants further state that the allegations purport to characterize materials that speak for themselves, and Defendants reject Plaintiff's characterization of same. To this end, Defendants further demand strict proof of Plaintiff's assertions.

95.   The allegations in this Paragraph and its enumerated Sub-paragraphs (a through k) constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny them on that basis. Any referenced materials speak for themselves.

a.   The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a

23

response is required, Defendants are without sufficient information to admit or deny, and deny them on that basis.

b.     The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny them on that basis.

c.     The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny them on that basis.

d.     The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny them on that basis.

e.     The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny them on that basis.

f.     The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny them on that basis.

g.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny them on that basis.

h.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny them on that basis.

i.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny them on that basis.

j.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny them on that basis.

k.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny them on that basis.

96.  The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants

25

are without sufficient information to admit or deny the allegations, and deny them on that basis. Any referenced materials speak for themselves.

97.    The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

98.    The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required and the allegations are directed to Defendants as defined herein, the allegations are denied. Defendants did not own or operate the hotel at issue. As to all other allegations asserted in this Paragraph, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

99.    The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required and the allegations are directed to Defendants as defined herein, the allegations are denied. Defendants did not own or operate the hotel at issue. As to all other allegations asserted in this Paragraph, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

100.    The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required and the allegations are directed to Defendants as defined herein, the allegations are denied. Defendants did not own or operate the hotel at issue. As to all other allegations asserted in this Paragraph, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

101.    The allegations in this Paragraph constitute legal argument and do not solely relate to Defendants. Therefore, no response is required. To the extent a response is required and the allegations are directed to Defendants as defined herein, the allegations are denied. Defendants did not own or operate the hotel at issue. As to all other allegations asserted in this Paragraph, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.  Defendants further state that all referenced materials speak for themselves, and Defendants reject Plaintiff's characterization of same. To this end, Defendants further demand strict proof thereof.

102.    The allegations in this Paragraph constitute legal argument and do not solely relate to Defendants. Therefore, no response is required. To the extent a response is required and the allegations are directed to Defendants as defined herein, the allegations are denied and Defendants demand strict proof thereof.

103.    The allegations in this Paragraph constitute legal argument and do not solely relate to Defendants. Therefore, no response is required. To the extent a response is required, the allegations are denied.

104.    The allegations in this Paragraph constitute legal argument and do not solely relate to Defendants. Therefore, no response is required. To the extent a response is required and the allegations are directed to Defendants as defined herein, the allegations are denied and Defendants demand strict proof thereof.

105.    The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

106.    The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

107.    The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

108.    The allegations in this Paragraph and its enumerated Sub-paragraphs (a through h) constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

a.    The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

b.    The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

28

c.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

d.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

e.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

f.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

g.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit

or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

h.    The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

109.    The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

110.    The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

111.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and refer to Defendants (as defined herein) or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. As to all other allegations, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. As to any materials referenced in this Paragraph, such materials speak for themselves and Defendants deny Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

30

112.    The allegations in this Paragraph and its enumerated Sub-paragraphs (a through n) constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

      a.     The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

      b.     The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

      c.     The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

      d.     The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit

or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

e. The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

f. The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

g. The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

h. The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

i.   The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

j.   The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

k.   The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

l.   The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

m.   The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit

or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

n.   The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

113.   The allegations in this Paragraph and its enumerated Sub-paragraphs (a through p) constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

a.   The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

b.   The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

c. The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

d. The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

e. The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

f. The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

g. The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit

35

or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

h.     The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

i.     The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

j.     The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

k.     The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

l.      The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

m.      The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

n.      The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

o.      The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

p.      The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit

or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

114. The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

115. The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

116. The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

117. The allegations in this Paragraph and its enumerated Sub-paragraphs (a through g) constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

a. The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit

or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

b.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

c.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

d.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

e.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

  f.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

  g.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

118. The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

119. The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

120. The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

121.    The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue. The referenced statute further speaks for itself.

122.    The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue. The referenced statute further speaks for itself.

123.    The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

124.    The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny, and deny the allegations on that basis. Defendants further state that they did not own or operate the hotel at issue.

125.    The allegations in this Paragraph and its enumerated Sub-paragraphs (a through l) constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and refer to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Defendants further state that any materials referenced in this Paragraph or its discrete Sub-paragraphs speak for

41

themselves, and Defendants dispute Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

a. The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

b. The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

c. The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

d. The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

e.   The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

f.   The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

g.   The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

h.   The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

i.   The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their

purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

j.   The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

k.   The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

l.   The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

126.   The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Defendants further demand strict proof of Plaintiff's assertions.

44

127.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Defendants further demand strict proof of Plaintiff's assertions.

128.    The allegations in this Paragraph and its enumerated Sub-paragraphs (a through m) constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and refer to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Defendants further state that any materials referenced in this Paragraph or its discrete Sub-paragraphs speak for themselves, and Defendants dispute Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

a.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

b.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

c.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

d.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

e.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

f.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

g.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their

purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

h.     The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations as stated are denied. Defendants further demand strict proof of Plaintiff's assertions.

i.     The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

j.     The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

k.     The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

47

l.      The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

m.      The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

129.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants further demand strict proof of Plaintiff's assertions.

130.    The allegations in this Paragraph and its enumerated Sub-paragraphs (a through g) constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Further, as to any materials referenced in this Paragraph or its enumerated Sub-paragraphs, such materials speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

a.      The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent

48

a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Defendants further demand strict proof of Plaintiff's assertions.

b. The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Defendants further demand strict proof of Plaintiff's assertions.

c. The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Defendants further demand strict proof of Plaintiff's assertions.

d. The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Defendants further demand strict proof of Plaintiff's assertions.

e.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Defendants further demand strict proof of Plaintiff's assertions.

f.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Defendants further demand strict proof of Plaintiff's assertions.

g.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Defendants further demand strict proof of Plaintiff's assertions.

131.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue.

50

132. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Defendants further demand strict proof of Plaintiff's assertions.

133. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Further, the referenced statute speaks for itself.

134. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Further, the referenced statute and materials speak for themselves, and Defendants dispute Plaintiff's characterization of same. As to the referenced materials, Defendants demand strict proof of Plaintiff's assertions.

135. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Further, the referenced statute and materials speak for themselves, and Defendants dispute Plaintiff's characterization of same. As to the referenced materials, Defendants demand strict proof of Plaintiff's assertions.

136. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the

51

allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Further, the referenced statute and materials speak for themselves, and Defendants dispute Plaintiff's characterization of same. As to the referenced materials, Defendants demand strict proof of Plaintiff's assertions.

137. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue.

138. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Further, materials referenced in this Paragraph speak for themselves, and Defendants dispute Plaintiff's characterization of same. As to the referenced materials, Defendants demand strict proof of Plaintiff's assertions.

139. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Defendants demand strict proof of Plaintiff's assertions.

140. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and the allegations refer to Defendants purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Defendants demand strict proof of Plaintiff's assertions.

141. The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required. Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis. Defendants further state that they did not own or operate the hotel at issue.

142. The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required. Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis. Defendants further state that they did not own or operate the hotel at issue.

143. The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required. Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis. Defendants further state that they did not own or operate the hotel at issue.

144. The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required. Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis. Defendants further state that they did not own or operate the hotel at issue.

145. The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required. Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis. Defendants further state that they did not own or operate the hotel at issue.

146. The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required. Defendants

are without sufficient information to admit or deny the allegations, and deny them on that basis. Defendants further state that they did not own or operate the hotel at issue.

147.    The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required. Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis. Defendants further state that they did not own or operate the hotel at issue.

148.    The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required. Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis. Defendants further state that they did not own or operate the hotel at issue.

149.    The allegations in this Paragraph and its enumerated Sub-paragraphs (a through e) constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required. Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis. Defendants further state that they did not own or operate the hotel at issue.

     a.    The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required. Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis. Defendants further state that they did not own or operate the hotel at issue.

     b.    The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required. Defendants are without sufficient information to admit

or deny the allegations, and deny them on that basis. Defendants further state that they did not own or operate the hotel at issue.

c.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required. Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis. Defendants further state that they did not own or operate the hotel at issue.

d.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required. Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis. Defendants further state that they did not own or operate the hotel at issue.

e.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required. Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis. Defendants further state that they did not own or operate the hotel at issue.

150.  The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required. Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis. Defendants further state that they did not own or operate the hotel at issue. The statute referenced in this Paragraph speaks for itself.

151. The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required. Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis. Defendants further state that they did not own or operate the hotel at issue.

152. The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required. Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis. Defendants further state that they did not own or operate the hotel at issue.

153. The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required. Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis. Defendants further state that they did not own or operate the hotel at issue.

154. The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required. Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis. Defendants further state that they did not own or operate the hotel at issue.

155. The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required. Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis. Defendants further state that they did not own or operate the hotel at issue. The referenced statute speaks for itself.

156. The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required. Defendants

are without sufficient information to admit or deny the allegations, and deny them on that basis. Defendants further state that they did not own or operate the hotel at issue. The referenced statute speaks for itself.

157. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and refer to Defendants as defined herein or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Any materials referenced in this Paragraph speak for themselves, and Defendants deny Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

158. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and refer to Defendants as defined herein or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Any materials referenced in this Paragraph speak for themselves, and Defendants deny Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

159. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and refer to Defendants as defined herein or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Any materials referenced in this Paragraph speak for themselves, and Defendants deny Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

160. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and refer to

Defendants as defined herein or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Any materials referenced in this Paragraph speak for themselves, and Defendants deny Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

161. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and refer to Defendants as defined herein or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Any materials referenced in this Paragraph speak for themselves, and Defendants deny Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

162. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and refer to Defendants as defined herein or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Any materials referenced in this Paragraph speak for themselves, and Defendants deny Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

163. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and refer to Defendants as defined herein or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Any materials referenced in this Paragraph speak for themselves, and Defendants deny Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

164. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and refer to Defendants as defined herein or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Any materials referenced in this Paragraph speak for themselves, and Defendants deny Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

165. The allegations in this Paragraph and its enumerated Sub-paragraphs (a through e) constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and refer to Defendants as defined herein or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Any materials referenced in this Paragraph and its enumerated Sub-paragraphs speak for themselves, and Defendants deny Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

    a. The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and refer to Defendants as defined herein or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Defendants demand strict proof of Plaintiff's assertions.

    b. The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and refer to Defendants as defined herein or their purported conduct, the allegations are denied. Defendants did not own or

operate the hotel at issue. Defendants demand strict proof of Plaintiff's assertions.

c.   The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and refer to Defendants as defined herein or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Defendants demand strict proof of Plaintiff's assertions.

d.   The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and refer to Defendants as defined herein or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Defendants demand strict proof of Plaintiff's assertions.

e.   The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and refer to Defendants as defined herein or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Defendants demand strict proof of Plaintiff's assertions.

166.   The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and refer to

Defendants as defined herein or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The statute referenced in this Paragraph speaks for itself.

167. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and refer to Defendants as defined herein or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The statute referenced in this Paragraph speaks for itself.

168. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and refer to Defendants as defined herein or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Any materials referenced in this Paragraph speak for themselves, and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

169. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and refer to Defendants as defined herein or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Any materials referenced in this Paragraph speak for themselves, and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

170. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and refer to Defendants as defined herein or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Any materials referenced in this Paragraph speak for

themselves, and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

171. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and refer to Defendants as defined herein or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The statute apparently referenced in this Paragraph – the TVPRA – speaks for itself.

172. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and refer to Defendants as defined herein or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The statute referenced in this Paragraph speaks for itself.

173. The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

174. The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

175. The allegations in this Paragraph and its discrete Sub-paragraphs (a through d) constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

    a. The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a

response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

 b. The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

 c. The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

 d. The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

176. The allegations in this Paragraph and its enumerated Sub-paragraphs (a through z) constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

 a. The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

b.    The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

c.    The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

d.    The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

e.    The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

f.    The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

g.    The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a

response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

h.      The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

i.      The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

j.      The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

k.      The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

l.      The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

m.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

n.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

o.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

p.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

q.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

r.  The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a

response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

s.    The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

t.    The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

u.    The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

v.    The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

w.    The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

x.    The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

y.    The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

z.    The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

177.    The allegations in this Paragraph and its enumerated Sub-paragraphs (a through h) constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

a.    The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

b.    The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a

response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

c.   The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

d.   The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

e.   The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

f.   The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

g.   The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

h.    The allegations in this Sub-paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

178.    The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

179.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue.

180.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in the Paragraph speak for themselves, and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

181.    The allegations in this Paragraph and its enumerated Sub-paragraphs (a through d) constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in the Paragraph speak for themselves, and Defendants reject

Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

a.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

b.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

c.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-

paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

d. The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

182. The allegations in this Paragraph and its enumerated Sub-paragraphs (a through u) constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Paragraph and its enumerated Sub-paragraphs speak for themselves, and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

a. The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-

paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

b.     The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

c.     The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

d.     The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not

own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

e.      The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

f.      The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

g.      The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants

or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

h. The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

i. The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

j. The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent

a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

k.  The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

l.  The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

m.   The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

n.   The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

o.   The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's

characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

p.   The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations as stated are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

q.   The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

r.   The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-

paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

s. The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

t. The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

u. The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not

own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

183.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

184.    The allegations in this Paragraph and its enumerated Sub-paragraphs (a through h) constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

      a.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's

characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

b.   The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

c.   The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

d.   The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-

paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

e.  The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

f.  The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

g.  The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not

own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

h.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. The materials referenced in this Sub-paragraph speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

185.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required, and to the extent the allegations relate to Defendants or their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue.

186.    The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis. Any statute referenced in the Paragraph, expressly or implicitly, speaks for itself and Defendants reject Plaintiff's characterization of same.

187.    The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required, Defendants

are without sufficient information to admit or deny the allegations, and deny them on that basis. Any statute referenced in the Paragraph, expressly or implicitly, speaks for itself and Defendants reject Plaintiff's characterization of same.

188. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. Any statute referenced in the Paragraph, expressly or implicitly, speaks for itself and Defendants reject Plaintiff's characterization of same.

189. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. Any materials or statutes referenced in the Paragraph, expressly or implicitly, speak for themselves and Defendants reject Plaintiff's characterization of same. As to any such materials and Plaintiff's assertions regarding same, Defendants hereby demand strict proof.

190. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. Any materials or statutes referenced in the Paragraph, expressly or implicitly, speak for themselves and Defendants reject Plaintiff's characterization of same. As to any such materials and Plaintiff's assertions regarding same, Defendants hereby demand strict proof.

191. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied.

Any materials referenced in the Paragraph, expressly or implicitly, speak for themselves and Defendants reject Plaintiff's characterization of same. As to any such materials and Plaintiff's assertions regarding same, Defendants hereby demand strict proof.

192.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. Any materials or statutes referenced in the Paragraph, expressly or implicitly, speak for themselves and Defendants reject Plaintiff's characterization of same. As to any such materials and Plaintiff's assertions regarding same, Defendants hereby demand strict proof.

193.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. Any materials or statutes referenced in the Paragraph, expressly or implicitly, speak for themselves and Defendants reject Plaintiff's characterization of same. As to any such materials and Plaintiff's assertions regarding same, Defendants hereby demand strict proof.

194.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied.

195.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. The referenced statute speaks for itself and Defendants reject Plaintiff's characterization of same.

196.    Defendants incorporate and every response as specifically asserted to Plaintiff's enumerated Complaint allegations, as though fully and separately set forth herein.

**I.      Cause of Action: Perpetrator liability under 18 U.S.C. § 1595(a) based on violation of 18 U.S.C. § 1591(a) (Franchisee)**

197.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. The referenced statute speaks for itself and Defendants reject Plaintiff's characterization of same.

198.    The allegations in this Paragraph and its enumerated Sub-paragraphs (a through b) constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. The referenced statute speaks for itself and Defendants reject Plaintiff's characterization of same.

a.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. The referenced statute speaks for itself and Defendants reject Plaintiff's characterization of same.

b.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. The referenced

statute speaks for itself and Defendants reject Plaintiff's characterization of same.

199.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. The referenced statute speaks for itself and Defendants reject Plaintiff's characterization of same. Defendants further deny that Plaintiff is entitled to any relief whatsoever from Defendants (as defined herein).

## II.    Cause of Action: Beneficiary Liability under §1595 (a) [*sic*] of the TVPRA (all Defendants).

200.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. The referenced statute speaks for itself and Defendants reject Plaintiff's characterization of same.

201.    The allegations in this Paragraph constitute legal argument and do not relate to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. The referenced statute speaks for itself and Defendants reject Plaintiff's characterization of same.

202.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. The referenced statute speaks for itself and Defendants reject Plaintiff's characterization of same.

203.    The allegations in this Paragraph and its enumerated Sub-paragraphs (a through e) constitute legal argument and do not relate solely to Defendants. Therefore, no response is

required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. The referenced statute speaks for itself and Defendants reject Plaintiff's characterization of same.

    a.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. The referenced statute speaks for itself and Defendants reject Plaintiff's characterization of same.

    b.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. The referenced statute speaks for itself and Defendants reject Plaintiff's characterization of same.

    c.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. The referenced statute speaks for itself and Defendants reject Plaintiff's characterization of same.

    d.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent

a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. The referenced statute speaks for itself and Defendants reject Plaintiff's characterization of same.

    e.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. The referenced statute speaks for itself and Defendants reject Plaintiff's characterization of same.

204.    The allegations in this Paragraph and its enumerated Sub-paragraphs (a through e) constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. The referenced statute speaks for itself and Defendants reject Plaintiff's characterization of same.

    a.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. The referenced statute speaks for itself and Defendants reject Plaintiff's characterization of same.

    b.    The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent

a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. The referenced statute speaks for itself and Defendants reject Plaintiff's characterization of same.

c.   The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. The referenced statute speaks for itself and Defendants reject Plaintiff's characterization of same.

d.   The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. The referenced statute speaks for itself and Defendants reject Plaintiff's characterization of same.

e.   The allegations in this Sub-paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. The referenced statute speaks for itself and Defendants reject Plaintiff's characterization of same.

205.     The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. The referenced statute speaks for itself and Defendants reject Plaintiff's characterization of same. Defendants further deny that Plaintiff is entitled to any relief whatsoever from Defendants (as defined herein).

### III.     Cause of Action: Vicarious Liability for TVPRA Violations (Franchisor Defendants).

206.     The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants as defined herein. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. Any materials referenced in the Paragraph, whether explicitly or implicitly, speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

207.     The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants as defined herein. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. Any materials referenced in the Paragraph, whether explicitly or implicitly, speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

208.     The allegations in this Paragraph constitute legal argument and do not relate to Defendants as defined herein. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants, the allegations are denied. The statute

referenced in the Paragraph speaks for itself, and Defendants reject Plaintiff's characterization of same.

209.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants as defined herein. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. Any materials referenced in the Paragraph, whether explicitly or implicitly, speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

210.    The allegations in this Paragraph constitute legal argument and do not relate to Defendants as defined herein. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants, the allegations are denied. The statute referenced in the Paragraph speaks for itself, and Defendants reject Plaintiff's characterization of same.

211.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants as defined herein. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. Any materials referenced in the Paragraph, whether explicitly or implicitly, speak for themselves and Defendants reject Plaintiff's characterization of same. To this end, Defendants demand strict proof of Plaintiff's assertions.

## DISCOVERY RULE

212.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants as defined herein. Therefore, no response is required. To the extent a response is

92

required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. As to any other allegations, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

213. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants as defined herein. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. As to any other allegations, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

214. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants as defined herein. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. As to any other allegations, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

215. The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants as defined herein. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. As to any other allegations, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

216.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants as defined herein. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. As to any other allegations, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

217.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants as defined herein. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. As to any other allegations, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

218.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants as defined herein. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. As to any other allegations, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

219.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants as defined herein. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. As to any other

allegations, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis.

## DAMAGES

220.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants as defined herein. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. As to any other allegations, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis. Defendants deny that Plaintiff is entitled to any relief whatsoever from Defendants, as defined herein.

221.    The allegations in this Paragraph constitute legal argument and do not relate solely to Defendants as defined herein. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. As to any other allegations, Defendants are without sufficient information to admit or deny the allegations, and deny them on that basis. Defendants deny that Plaintiff is entitled to any relief whatsoever from Defendants, as defined herein.

222.    The allegations in this Paragraph and its enumerated sub-parts (a through m) constitute legal argument and do not relate solely to Defendants as defined herein. Therefore, no response is required. To the extent a response is required and to the extent the allegations refer to Defendants and their purported conduct, the allegations are denied. Defendants did not own or operate the hotel at issue. As to any other allegations, Defendants are without sufficient

95

information to admit or deny the allegations, and deny them on that basis. Defendants deny that Plaintiff is entitled to any relief whatsoever from Defendants, as defined herein.

## JURY TRIAL

223.    Defendants acknowledge Plaintiff's demand. Defendants separately demand a jury trial on all issues.

## RELIEF SOUGHT

224.    The allegations in this Paragraph constitute legal argument to which no response is required. To the extent a response is required, Defendants deny any allegations and specifically deny that Plaintiff is entitled to any relief at all from Defendants as defined herein.

## AFFIRMATIVE DEFENSES

Defendants hereby reserve the right to raise any additional defenses, cross-claims, and third-party claims not asserted herein of which they may become aware through discovery or other investigation.

## FIRST AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, fails to state a claim upon which relief can be granted.  Defendants hereby incorporate, as if set forth fully herein, its Motions to Dismiss and related briefing that was filed against Plaintiff since she filed her initial Complaint.  By not addressing a specific argument previously contained in its Motion to Dismiss, Defendants do not intend to waive the same.

## SECOND AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, is barred in whole or in part because the incidents alleged and all damages complained of, if any, were superseding and/or intervening acts of parties over whom Defendants have no right of control.

96

### THIRD AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, is barred in whole or in part because any damage, loss, or liability alleged by Plaintiff must be reduced, diminished, and/or barred in proportion to the wrongful or negligent conduct of persons or entities other than Defendants, including other parties in this case and/or third parties such as Plaintiff's alleged traffickers, under the principles of equitable allocation, recoupment, set-off, collateral source, proportionate responsibility, contribution among tortfeasors and/or comparative fault, as well as any defenses, terms and/or provisions otherwise permitted by Virginia or Federal law.

### FOURTH AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, is barred in whole or in part insofar as Plaintiff's injuries, if any, are the result of intentional acts attributable to third parties, specifically, the aforementioned traffickers.

### FIFTH AFFIRMATIVE DEFENSE

The Complaint, and each cause of action there in, is barred in whole or in part because, insofar as any of the acts or omissions alleged herein were committed by Defendants' agents or employees, the agents or employees were not acting within the scope of their authority conferred, or subsequently ratified, by Defendants.

### SIXTH AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, is barred in whole or in part because Defendants are not the proximate cause of Plaintiff's alleged injuries.

### SEVENTH AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, is barred in whole or in part insofar as reasonable steps were not taken to mitigate damages.

## EIGHTH AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, is barred in whole or in part because of the applicable statute of limitations.

## NINTH AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, is barred in whole or in part by the doctrines of waiver and/or estoppel.

## TENTH AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, is barred in whole or in part because the statutes sued upon are unconstitutionally vague and ambiguous.

## ELEVENTH AFFIRMATIVE DEFENSE

Defendants' investigation in this matter has just begun and it is possible that the Complaint, and each cause of action therein, is barred in whole or in part if Plaintiff was the sole legal cause of the injuries and damages alleged in the Complaint and, if so, Plaintiff is barred from recovery as a matter of law. Alternatively, it is possible that Plaintiff was comparatively negligent and, if so, any recovery in favor of Plaintiff must be reduced by the percentage of fault attributable to Plaintiff.

## TWELFTH AFFIRMATIVE DEFENSE

Defendants' investigation in this matter is underway and it is possible that the claims set forth in the Complaint are barred, in whole or in part, by the doctrines of assumption of risk and comparative negligence. Plaintiff's alleged injuries, harm, and/or damages may have been proximately caused or contributed to by Plaintiff's own conduct and/or the conduct of others not a party to this action.

## THIRTEENTH AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, is barred in whole or in part because Defendants had no prior or adequate notice of the condition complained of by Plaintiff and liability may not be imposed absent such notice.

## FOURTEENTH AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, is barred in whole or in part because there is no causal connection between any alleged act, error, or omission by Defendants and Plaintiff's alleged damages.

## FIFTEENTH AFFIRMATIVE DEFENSE

Defendants' investigation in this matter is underway and it is possible that the Complaint, and each cause of action therein, is barred in whole or in part if Plaintiff willingly, knowingly, and voluntarily exposed herself to and assumed the risk.

## SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff is barred from relief as sought in the Complaint because of the defense of accord and satisfaction.

## SEVENTEENTH AFFIRMATIVE DEFENSE

The doctrine of in pari delicto bars all of Plaintiff's claims.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred under the doctrine of laches.

## NINETEENTH AFFIRMATIVE DEFENSE

Plaintiff lacks standing to bring her claims.

## TWENTIETH AFFIRMATIVE DEFENSE

The unclean-hands doctrine bars Plaintiff's claims.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

99

Plaintiff is seeking to recover lost profits or damages that are completely speculative in nature and are wholly unsupported by admissible evidence or documentation.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by intervening and/or superseding proximate cause(s) of others for which Defendants owe no legal responsibility.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent she seeks to recover any damages, restitution, costs, or other payments that have been reimbursed, paid, or borne by other persons or entities. Any verdict or judgment that might be recovered must be reduced by those amounts that already have been or will in the future, with reasonable certainty, be paid to Plaintiff by others.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

The Complaint, and each cause of action therein, fails to establish that punitive damages are authorized or warranted under Virginia or federal law, or that Defendants (or any other named defendant) acted with intentional or requisite conduct sufficient to justify the imposition of punitive damages under Virginia or federal law.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

Plaintiff cannot recover punitive damages under any of her claims because such claims are not viable as a matter of law and she cannot show the level of willfulness or malice required to recover such damages. Plaintiff has failed to sufficiently plead punitive damages in the Complaint. Plaintiff is not entitled to punitive damages. Further, any award of punitive damages against any Defendant would violate their due process rights guaranteed by the Fourteenth Amendment to the

100

United States Constitution and applicable State law, and would be improper under the common law and public policies of the State of Virginia.

Plaintiff's claims for punitive damages are also barred to the extent that they are based upon conduct unrelated to Plaintiff's alleged harm.

Plaintiff's punitive damages claims are barred to the extent that they are based upon conduct occurring outside the State of Virginia.

Plaintiff's punitive damages claims are barred by Virginia law.

Plaintiff's claims for punitive damages are barred because an award of punitive damages in this case would be impermissible multiple punishment in violation of the due process and equal protection rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution and the comparable provisions of the Virginia Constitution.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

Plaintiff's request for joint and several liability is improper and joint and several liability is not appropriate or available in this case.

## PRAYER FOR RELIEF

WHEREFORE, Defendants respectfully request that Plaintiff take nothing by this action, costs are assessed against Plaintiff and that the Court grant such other and further relief, at law and equity, general or special, to which Defendants may be justly entitled.

Respectfully submitted this 20th day of March, 2025.

/s/ R. Andrew Hutchinson
R. Andrew Hutchinson
(VSB No. 94039)
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
602 Sevier Street, Suite 300
Johnson City, Tennessee 37604
Phone: (423) 975-7657

101

dhutchinson@bakerdonelson.com

Sara M. Turner (Lead Counsel)
(*Pro hac vice*)
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
420 20th Street North, Suite 1400
Birmingham, Alabama 35203
Phone: (205) 328-0480
smturner@bakerdonelson.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was electronically filed through the Court's Electronic Case Filing System (CM/ECF) on March 20, 2025 and notice will thus be sent to all registered parties.

/s/ R. Andrew Hutchinson