UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| JANE DOE (A.M.G), | § | CASE NO. 2:24-CV-204 |
| _Plaintiff,_ | § | |
| | § | |
| v. | § | |
| | § | |
| | § | |
| WYNDHAM HOTELS & RESORTS, INC., | § | |
| WYNDHAM HOTEL GROUP, LLC, SUPER | § | |
| 8 WORLDWIDE, INC., CHOICE HOTELS | § | |
| INTERNATIONAL SERVICES CORP., | § | |
| CHOICE HOTELS INTERNATIONAL, INC., | § | |
| AND TILMA, INCORPORATED | § | |
| _Defendants._ | § | |

## DECLARATION OF CLAIRE A. BROWN

I, Claire A. Brown, declare as follows:

1.      My name is Claire A. Brown. I am over 18 years of age, of sound mind, and capable of making this declaration. My business address is 350 Pine Street, Suite 1100, Beaumont, Texas, 77701. The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I am an Associate at Provost Umphrey Law Firm, L.L.P. and counsel of record for Plaintiff A.M.G.

3.      I submit this Declaration in Support of Plaintiff A.M.G.'s response to Wyndham's Motion to Compel.

4.      On December 9, 2024, A.M.G. served her responses to Wyndham's First Interrogatories and First Set of Requests for Production.

5.      On February 7, 2025, I had a meet and confer call with Wyndham. On that call, I indicated that we would produce the requested social media data for during the trafficking period.

6.      On February 13, 2025, I notified Wyndham's counsel that we had encountered

1

technical issues with the Facebook data but were working on it and would let them know as soon as we had an update.

7.    On February 18, 2025, we produced Facebook messages during the alleged trafficking period and indicated we would produce Facebook activity logs.

8.    After resolving further technical difficulties, on March 12, 2025, we produced A.M.G.'s Facebook posts during the alleged trafficking period.

9.    I subsequently reached out to Wyndham's counsel on March 14 seeking clarification on if there is any other Facebook data from during the trafficking period that they want but we haven't produced yet but have received no response.

10.    A download of A.M.G.'s email has been performed. Within the trafficking period, there are 14,686 emails and attachments.

11.    Of those 14,686, only 178 were sent by A.M.G. On March 21, 2025, those 178 emails and attachments were produced.

12.    A download of A.M.G.'s Facebook data has been performed. Outside of the trafficking period, there are 11,581 Facebook messages and 2,832 Facebook posts.

13.    Wyndham's counsel has refused to provide any proposed search terms for the Facebook data or emails. Without them, assuming this data could be reviewed for responsiveness at a rate of 120 per hour, it would take roughly 240 hours to review these messages/posts/emails.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24 day of March 2025, in Beaumont, Texas.

Claire Brown

2