**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

JANE DOE (A.M.G),
*an individual*,

    Plaintiff,

    v.

WYNDHAM HOTELS & RESORTS,
INC., *et al.*,

    Defendants.

Case No. 2:24-cv-204

## ORDER

The Court is informed that this case has settled. On June 3, 2025, the Clerk notified the parties that the matter would be dismissed with prejudice unless stipulation of dismissal were submitted within 11 days. No such stipulation was filed by the deadline. Accordingly, this case is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

    **IT IS SO ORDERED**.

/s/

Jamar K. Walker
United States District Judge

Norfolk, Virginia
June 17, 2025